UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-8320-LRJ

IN RE:

CRIMINAL COMPLAINT
_____/

FILED by _____ D.C.

DEC - 8 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## MOTION TO SEAL

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and hereby requests this Honorable Court to seal the attached Complaint and affidavit along with any other related attachments with the exception of a copy of the Warrant for Arrest to be provided to the U.S. Marshals Service and law enforcement agency whose name is noted on the Arrest Warrant, relative to the above captioned matter until such time as the defendant is arrested or until further order of the Court. The defendant is a target of an on-going investigation and early release of the complaint would compromise the investigation and lead those involved in the crime to elude law enforcement.

Respectfully submitted,

JEFFREY H. SLOMAN
ACTING UNITED STATES ATTORNEY

BY: _____
LAUREN JORGENSEN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 726885
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel: (561) 820-8711
Fax: (561) 659-4526
Lauren.Jorgensen@usdoj.gov