UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-8320-LRJ

IN RE:

CRIMINAL COMPLAINT

_____/

FILED by _____ D.C.

DEC - 8 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### ORDER TO SEAL

This cause came before this Court on the Government's Motion to Seal. The Court being fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the Government's Motion is hereby granted, and the Clerk of the Court shall seal the Complaint and affidavit along with any other related attachments until the arrest of the first defendant or further order of the Court.

DONE AND ORDERED at West Palm Beach, Florida, this ___8___ day of December, 2009.

LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE

cc: AUSA Lauren Jorgensen
    Fax: (561) 659-4526