# CRIMINAL COURT MINUTES

**U.S. MAGISTRATE JUDGE** LINNEA R. JOHNSON   **DATE:** 12/09/2009   **TIME:** 10:00 AM

FILED D.C.
DEC - 9 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

| | | | |
|---|---|---|---|
| **DEFT:** | JASON A. VITULANO (J) | **CASE NO:** | 09-8320-LRJ |
| **AUSA:** | LAUREN JORGENSEN | **ATTY:** | |
| **AGENT:** | M. COPELAND-SECRET SERVICE | **VIOL:** | 18:1349 |
| **PROCEEDING:** | INITIAL HEARING | **RECOMMENDED BOND:** | PTD (REQUESTED BY GOVT) |

**BOND/PTD HEARING HELD** - yes / no   **LANGUAGE:** ENGLISH
**BOND SET @:**   **PRISONER#**

**Disposition:** Initial held. Case Unsealed in Open Court. Deft present - advised of rights. Deft. states he has counsel - Russell Williams

- ☐ All Standard Conditions.
- ☐ Surrender / or do not obtain passports / travel documents
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in a mental health assessment and treatment
- ☐ Random urine testing by Pretrial Services and/or treatments deemed necessary
- ☐ Not to encumber property.
- ☐ Maintain or seek full - time employment/education.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ May Not visit Transportation Establishments
- ☐ Travel extended to: _____
- ☐ Home Confinement/Electronic Monitoring/Curfew _____, paid by _____
- ☐ Other _____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| REPORT RE COUNSEL: | 12-14-09 | 10am | Vitunac | WPB |
| PTD/BOND HEARING: | 12-14-09 | " | " | " |
| PRELIM/ARRAIGN. OR REMOVAL: | 12-23-09 | " | " | " |
| STATUS CONFERENCE | | | | |

**TAPE No.** LRJ 09- 64   **Begin:** 2223   **TIME IN COURT:** 5 mins

**D.A.R.** 10:14:35